No. 02–7443. HANDS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7448. SIMMONS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–7450. MOORE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–7451. CARTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–7465. CHEE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–7486. GALLO-RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–400. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH ET AL. *v.* LYNCH, ADMINISTRATRIX OF THE ESTATE OF WILEY, ET AL. Sup. Ct. Ohio. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–562. AMERICAN GENERAL FINANCE, INC. *v.* PASCHEN ET UX. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–10009. IN RE STANFORD, *ante,* p. 968;
No. 01–10018. SORKPOR *v.* BANK OF BOSTON, *ante,* p. 832;
No. 01–10274. MCMILLIAN *v.* JONES, WARDEN, *ante,* p. 840;
No. 01–10399. SANCHEZ *v.* DUNCAN, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY, *ante,* p. 843;
No. 01–10412. KINGSOLVER *v.* RAY ET AL., *ante,* p. 844;
No. 01–10501. SANTIAGO-LUGO *v.* UNITED STATES, *ante,* p. 847;
No. 01–10540. PETERSON *v.* ELLIS, WARDEN, *ante,* p. 848;
No. 01–10543. PALMER *v.* UNITED STATES HOUSE OF REPRESENTATIVES ET AL., *ante,* p. 848;
No. 01–10756. DAY *v.* VIRGINIA PAROLE BOARD ET AL., *ante,* p. 861;

No. 01–10796. DANIELS v. BOROUGH OF MEDIA, PENNSYLVANIA, ET AL., *ante*, p. 864;

No. 02–5215. MURPHY v. UNITED STATES, *ante*, p. 901;

No. 02–5313. ALDERMAN v. HEAD, WARDEN, *ante*, p. 995;

No. 02–5335. KURGAN v. UNITED STATES, *ante*, p. 909;

No. 02–5518. IN RE JOHNSON, *ante*, p. 811;

No. 02–5633. CRAVIN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 926;

No. 02–5755. SPENCER v. THOMAS, CHAIRMAN, RAILROAD RETIREMENT BOARD, *ante*, p. 930;

No. 02–5820. HOOGENBOOM v. UNITED STATES, *ante*, p. 932;

No. 02–5981. LANGFORD v. UNITED STATES, *ante*, p. 937;

No. 02–6031. KING v. FIRST AMERICAN INVESTIGATIONS, INC., ET AL., *ante*, p. 960;

No. 02–6125. MORA v. UNITED STATES, *ante*, p. 961;

No. 02–6318. OLANIYI-OKE v. UNITED STATES, *ante*, p. 982; and

No. 02–6321. HUDSON v. PICATINNY ARSENAL, DEPARTMENT OF THE ARMY, *ante*, p. 982. Petitions for rehearing denied.

JANUARY 7, 2003

No. 02–832. TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., ET AL. v. WINARTO. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 02–6655. FOSTER v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, *ante*, p. 1054. Petition for rehearing denied.

JANUARY 10, 2003

No. 02–469. BLACK & DECKER DISABILITY PLAN v. NORD. C. A. 9th Cir. Certiorari granted.

No. 02–634. GREEN TREE FINANCIAL CORP., NKA CONSECO FINANCE CORP. v. BAZZLE ET AL., IN A REPRESENTATIVE CAPAC-